No. 297. IMMIGRATION AND NATURALIZATION SERVICE *v.* STANISIC. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted and petition for writ of certiorari granted. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Jerome M. Feit* for petitioner. *Dorothy McCullough Lee* for respondent.

No. 43, Misc. BANKS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Louise H. Renne,* Deputy Attorney General, for respondent.

*Certiorari Denied.* (See also No. 195, *ante,* p. 78; No. 352, *ante,* p. 76; and No. 364, *ante,* p. 77.)

No. 80. CANARD ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Russell E. Parsons* for petitioners. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondent.

No. 146. GALLICCHIO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied: *Michael A. Querques* and *Daniel E. Isles* for petitioner. *Herbert H. Tate* for respondent.

No. 307. BRADY *v.* UNITED STATES. Ct. Cl. Certiorari denied. *William R. Kraham* and *Irvin M. Gottlieb* for petitioner. *Solicitor General Griswold* for the United States.